| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Richard A. Harris (SBN 053708)<br>John W. Phillips (SBN 147117)<br>**WILD, CARTER & TIPTON**<br>A Professional Corporation<br>246 West Shaw Avenue<br>Fresno, California 93704<br>Telephone: (559) 224-2131<br>Facsimile: (559) 224-8462<br>E-mail: rharris@wctlaw.com |
| 6<br>7 | Attorneys for Plaintiff<br>CENTURY BUILDERS, LLC and<br>CENTURY DEVELOPERS, LLC |

**FILED**

JUL 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | | |
|---|---|---|
| CENTURY BUILDERS, LLC, a California limited liability company, and CENTURY DEVELOPERS, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>FAR WEST PLUMBING, a business entity, form unknown, THE WARREN GROUP, INC., a Delaware corporation, CONSOLIDATED PLUMBING INDUSTRIES, a business entity, form unknown, NIBCO, INC., a foreign corporation licensed to and doing business in the State of California and Does 1 through 25, inclusive,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Number 1:13-CV-01294-AWI-SAB<br><br>**STIPULATION FOR DISMISSAL; AND ORDER THEREON** |

By and through their respective counsels of record, Plaintiff, Defendant NIBCO, Inc., and third party Defendant Harvey Isom dba Far West Plumbing, sued as Far West Plumbing, hereby submit the following Stipulation to the Court, and request Order thereon.

### SALIENT PROCEDURE

1.    Plaintiff's Complaint was filed on August 14, 2013. Plaintiff's Complaint, at paragraph 4, names Far West Plumbing, a business entity, form unknown, as a Defendant to this action. Far West Plumbing has not been served by Plaintiff.

STIPULATION FOR DISMISSAL; AND ORDER THEREON

2.   On December 23, 2013, Defendant NIBCO filed a Third Party Complaint against Far West Plumbing which has been duly served.

3.   On July 11, 2014, third party Defendant Far West Plumbing filed its motion pursuant to FRCP 12(b) to dismiss the Complaint, and the third party Complaint, for lack of complete diversity between the parties.

4.   By this Stipulation, Plaintiff seeks the dismissal of Defendant Far West Plumbing from the Complaint, requests that the Court order such dismissal, and deem the provisions of paragraph 4 of the Complaint stricken insofar as they name Defendant Far West Plumbing a Defendant under Plaintiff's Complaint.

## AUTHORITY FOR DISMISSAL

A lack of complete diversity at the time a complaint is filed may be cured by dismissal of nondiverse parties. (*Grupo Dataflux v. Atlas Global Group, LP* (2004) 541 U.S. 567, 573.) The dismissal may be made at any time to dismiss a dispensable party to cure diversity. (*Newman-Green Inc. v. Alfolso* (1989) 490 U.S. 826, 832.) Such dismissals are discretionary, and may be on such terms as the court deems just. (**FRCP 21.**) Authorities provide it an abuse of discretion to refuse to dismiss a nondiverse defendant who is not truly "indispensable." (*Continental Airlines Inc. v. Goodyear Tire & Rubber Co.* (9th Cir. 1987) 819 F.2d 1519, 1593.)

## STIPULATION

Whereby, the parties hereunder stipulate as follows:

1.   Defendant Harvey Isom dba Far West Plumbing sued as Far West Plumbing is dismissed with prejudice as a defendant from Plaintiff's Complaint;

2.   This stipulation shall not affect the standing of Defendant Far West as a Third Party Defendant to the Third Party Complaint of Defendant NIBCO, Inc.

///
///
///
///
///

3. Defendant Far West Plumbing hereby withdraws its motion filed pursuant to FRCP 12(b), calendared for hearing on this court on August 18, 2014.

Dated: July __23__, 2014      **WILD, CARTER & TIPTON**
A Professional Corporation

By __/s/ John W. Phillips__
JOHN W. PHILLIPS
Attorneys for CENTURY BUILDERS, LLC
and CENTURY DEVELOPERS, LLC

Dated: July __22__, 2014      **BREMER WHYTE BROWN & O'MEARA, LLP**

By __/s/ Jeremy S. Johnson__
JEREMY S. JOHNSON,
Attorneys for Harvey Isom dba Far West Plumbing

Dated: July __22__, 2014      **PARICHAN, RENBERG & CROSSMAN**

By __/s/ Michael Renberg__
MICHAEL RENBERG,
Attorneys for NIBCO, Inc.

## ORDER

Pursuant to the foregoing Stipulation of the parties, legal authorities cited, and good cause otherwise appearing, the court hereby orders as follows:

1. Defendant Harvey Isom dba Far West Plumbing sued as Far West Plumbing is dismissed with prejudice as a Defendant from Plaintiff's Complaint.

2. This stipulation shall not affect the standing of Defendant Far West as a Third Party Defendant to the Third Party Complaint of Defendant NIBCO, Inc.

3. Defendant Far West Plumbing's motion filed pursuant to FRCP 12(b), calendared for hearing on this court on August 18, 2014, is hereby off calendar.

STIPULATION FOR DISMISSAL; AND ORDER THEREON

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704

1   IT IS SO ORDERED.

3   Dated: July 25, 2014

    ANTHONY W. ISHII, District Judge

STIPULATION FOR DISMISSAL; AND ORDER THEREON