MICHAEL L. RENBERG, #136217
PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 East Shaw Avenue, Suite 123
Fresno, California 93710
Telephone (559) 431-6300
Telefax (559) 432-1018
E-mail: mrenberg@prcelaw.com

Attorney for Defendant
NIBCO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| CENTURY BUILDERS, LLC, a California limited liability company and CENTURY DEVELOPERS, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>FAR WEST PLUMBING, a business entity, form unknown, THE WARREN GROUP, INC., a Delaware corporation, CONSOLIDATED PLUMBING INDUSTRIES, a business entity, form unknown, NIBCO, INC., a foreign corporation licensed to do business in the State of California, and Does 1 through 25, inclusive<br>Defendants | Case No.: 1:13-CV-01294-AWI-SAB<br><br>STIPULATION AND ORDER<br>FOR DISMISSAL OF ENTIRE ACTION<br><br>Complaint Filed: August 16, 2013<br><br>Trial Date: August 15, 2015 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action, including the third party complaint, is voluntarily dismissed with prejudice.

-1-

Dated: January 8, 2015					WILD CARTER & TIPTON

							*John W. Phillips*

							By
							JOHN W. PHILLIPS
							Attorneys for Plaintiffs

Dated: January 8, 2015					PARICHAN, RENBERG & CROSSMAN
							LAW CORPORATION

							*Michael L. Renberg*

							By_____
							MICHAEL L. RENBERG
							Attorneys for Defendant ns Third Party
							Complaint NIBCO, INC.

Dated: January 8, 2015					BREMER, WHITE, BROWN & O'MEARA, LLP

							*Jeremy S. Johnson*

							By
							JEMERY S. JOHNSON
							Attorneys for Third Party Defendant
							HARVEY ISOM dba FAR WEST PLUBMING

## **ORDER**

   Good cause appearing therefore, in that the parties hereto have so stipulated to dismissal of the entire action,, IT IS SO ORDERED

IT IS SO ORDERED.

Dated: __January 9, 2015__			_____
							SENIOR  DISTRICT  JUDGE